IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:21-CR-00159-N |
| SHAUN MARQUS ROBINSON (1) | § § | |

## ORDER

Before the Court is the Magistrate Judge's Findings, Conclusion and Recommendations on Motion for Competency Examination filed March 7, 2022. No objections have been filed. The Court reviewed the Findings and Recommendation for plain error and found none.

The court grants the Motion to determine Robinson's competency [Dkt. No. 24] and order Robinson to submit to a competency examination.

The court designates Dr. Kristi L. Compton, Ph.D., to conduct the competency examination and prepare a report that complies with the requirements in 18 U.S.C. § 4247(c). The report should be filed with the court, with copies provided to counsel for Robinson and counsel for the Government. *See* § 4247(c).

The court orders that the Department of Justice is responsible for paying Dr. Compton's fees and expenses.

Signed April 18, 2022.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE