IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAUN MARQUS ROBINSON | NO.  3:21-CR-159-N |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

The United States of America (the "government") gives the Court and defendant Shaun Marqus Robinson notice of its intent to introduce the following business records by affidavit or declaration, pursuant to Federal Rules of Evidence 803(6) and 902(11):

1. Records of the Texas Department of Criminal Justice—Institutional Division ("TDJC-ID") concerning Robinson's prior incarceration pursuant to a prison sentence imposed in *State of Texas v. Shaun Marqus Robinson*, Cause No. F-1121356-N, in the 195th District Court, Dallas County, Texas.  These records include photographs and fingerprints of Robinson.  The business record certification for these TDCJ-ID documents is attached to this notice as **Exhibit A.**

2. Copies of the above-referenced documents supported by the attached business record certifications have been provided to counsel for the defendant.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ *Brian McKay*
BRIAN McKAY
Assistant United States Attorney
Texas Bar No. 24046395
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214)
E-mail: brian.mckay@usdoj.gov